# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151294(117)

CITIMORTGAGE, INC.,
    Plaintiff-Appellee/Cross-Appellant,

v

    SC: 151294
    COA: 317422
    Genesee CC: 12-098516-CH

FMM BUSHNELL GREAT LAKES, L.L.C.,
successor in interest to FMM BUSHNELL, L.L.C.,
    Defendant-Appellant/Cross-Appellee,

and

DR. RAMOTSUMI M. MAKHENE and
VELYNDA R. MAKHENE,
    Defendants.
_____/

On order of the Chief Justice, the second motion of the defendant-appellant/cross-appellee to extend the time for filing its answer to the cross application is GRANTED. The answer will be accepted as timely filed if submitted on or before July 20, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015


_____